IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES HENRY WHITE, #145017,        )
                                   )
            Petitioner,            )
                                   )
      v.                           )        CIVIL ACTION NO. 1:09cv370-TMH
                                   )
LOUIS BOYD, et al.,                )
                                   )
            Respondents.           )

**ORDER AND OPINION**

On June 4, 2009, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 4).  Upon an independent review of the file in

this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that:

1.     The 28 U.S.C. § 2254 petition for habeas corpus relief filed by petitioner on

       April 19, 2009[1] is DENIED.

2.     This cause of action is DISMISSED in accordance with the provisions of 28

       U.S.C. § 2244(b)(3)(A) as petitioner has failed to obtain the requisite order

---

[1]  Although the present petition was stamped "filed" in this court on April 22, 2009, the
petition was signed by petitioner on April 19, 2009.  A *pro se* inmate's petition is deemed filed the
date it is delivered to prison officials for mailing.  *Houston v. Lack*, 487 U. S. 266, 271-271 (1988);
*Adams v. United States*, 173 F. 3d 1339, 1340-41 (11th Cir. 1999); *Garvey v. Vaughn*, 993 F.2d 776,
780 (11th Cir. 1993).  Absent evidence to the contrary in the form of prison logs or other records,
[this court] must assume that [the instant petition] was delivered to prison authorities the day [White]
signed it ..." *Washington v. United States*, 223 F.3d 1299, 1301 (11th Cir. 2001).  In light of the
foregoing, the court considers April 19, 2009 as the date of filing.

from the Eleventh Circuit Court of Appeals authorizing a federal district court

to consider his successive habeas application.

Done this the 22nd day of June, 2009.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE